FILED

2026 Jun-02  PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

FILED

2026 Jun-02  PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**The Honorable Judge Annemarie Carney Axon**

Dear Your Honor,

I hope this letter finds you well. My name is LaShundra Thomas, and I am the aunt of Deqwon Thomas. I am writing to you with a humble and sincere request for compassion and understanding as you consider his case.

I have known DeQwon Thomas his entire life, and I have watched him grow from a curious, kind-hearted boy into a young man who has faced his share of challenges. While I do not excuse the mistakes that have brought him before you, I want to share with you the person I know — someone who has a good heart, a strong sense of responsibility, and a deep love for his family.

Right now, DeQwon Thomas is preparing to become a father to twins. This is a life-changing moment for him, and I have seen a genuine shift in his mindset since learning the news. He talks often about wanting to be present, to provide for his children, and to break any cycles that could harm their future. I truly believe that this turning point in his life is an opportunity for him to grow into the man and father he aspires to be.

Your decision will not only affect DeQwon Thomas, but also two innocent children who deserve to have their father in their lives from the very beginning. I know that accountability is important, but I also believe that rehabilitation and second chances can be just as powerful in shaping a person's future. If given the opportunity, I am confident he will work hard to prove himself worthy of your trust.

I am committed to supporting him in every way I can. He has stable employment. I am committed to supporting him in every way I can, whether it means ensuring he attends counseling or community programs, or simply being a steady presence in his life. Our family is ready to rally around him to make sure he stays on the right path.

Thank you for taking the time to read my letter and for considering my perspective. I trust in your wisdom and fairness, and I hope you will see the potential for redemption in my nephew's life.

With deepest respect,

LaShundra Thomas