FILED

2026 Jun-02  PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

The Honorable Judge Annemarie Carney Axon

Dear Your Honor,

I am writing to you as the great-grandmother of Deqwon Thomas, a role that has allowed me the privilege of knowing him in a way that only comes from a lifetime of shared moments and unconditional love. My name is Brenda Mckinney, and over the years I have been blessed to watch him grow from a curious, kind-hearted little boy—full of questions, laughter, and a natural eagerness to help—into a young man who, despite the recent mistakes that have brought him before you, still carries within him the same gentle spirit, warmth, and capacity for kindness that I have always known and cherished.

I understand the seriousness of the matter before you, and I do not wish to excuse his actions. I only hope to offer you a fuller picture of the person he is beyond this case, and to share my belief in his ability to learn from this experience and make better choices moving forward.

From the time he was small, Deqwon Thomas has shown a deep sense of compassion for others. I remember him helping me carry groceries when he was barely tall enough to see over the counter, and how he would check on neighbors who were sick or elderly. He has always been respectful to me and to others in our family, and he has a natural way of making people feel cared for.

In recent years, I have seen him struggle with challenges that I believe contributed to his poor decisions. Life has not been easy for him, and I know he has sometimes felt lost. But I also know that he has the capacity to turn his life around. He has expressed genuine remorse to me for what happened, and I believe his words are sincere.

Our family is ready to stand by him, to guide him, and to help him find a better path. If given the opportunity, I know he will work hard to rebuild trust and to contribute positively to his community. I am confident that with the right support, he can become the man I have always believed he could be.

Your Honor, I respectfully ask that you consider leniency in his sentencing, allowing him the chance to prove that this mistake does not define him. I believe that a sentence focused on rehabilitation rather than extended incarceration would give him the best chance to succeed.

Thank you for taking the time to read my letter and for considering my perspective as someone who has loved and known Deqwon Thomas his entire life. I trust in your wisdom and fairness in making your decision.

With deepest respect,

Brenda Mckinney