FILED

2026 Jun-02  PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

Hi YOUR HONOR, I'm ( Darnesha snipe ) is writing this letter on behalf of Daqwon Thomas I've known him for 4 years him & Kristian have a great bond every since they've met. her dad died while she was 11 month & he stepped up & he had been the best stepfather ever & been there every step of the way since  her father passed , me & him are together & i've been keeping him out of trouble making sure he gets to work he helps me take care of my daughter & help me pay my bills , he picked me up when i was down, i trusted , he was the person i trusted the most because he made me feel safe person to talk to also have twins on the way & that he should be here to raise , so nicely im asking the court to lighten his sentence so he can be a father to all 3 of his kids