FILED
2026 Jun-02  PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit D

**From:**   Andreal Thomas
**To:**     Madison Peace Nye
**Subject:** Fwd: Letter Requesting Leniency for DaQwon Thomas
**Date:**   Wednesday, May 20, 2026 5:04:43 PM

---------- Forwarded message ---------
From: **Andreal Thomas** <andrealthomas0545.at@gmail.com>
Date: Wed, May 20, 2026 at 2:03 PM
Subject: Letter Requesting Leniency for DaQwon Thomas
To: Andreal Thomas <andrealthomas0545.at@gmail.com>

To the Honorable Judge Axon,

I respectfully write this letter on behalf of my son, DaQwon Thomas. I want the Court to know the kind of young man he truly is, not only through this situation, but through the life he has lived and the character he has consistently shown to the people who know and love him.

DaQwon has always been a good-hearted, respectful, and caring young man. From the time he was a child, he was raised with values of respect, honesty, family, and hard work. Growing up, sports became a major part of his life. Playing sports taught him discipline, teamwork, accountability, and how to build positive relationships with others. He has always been the type of person who could walk into a room and make friends easily because of his kind spirit and the way he treats people.

As his parent, I have watched him grow into someone who genuinely tries to do the right thing in life. He graduated from , which was an important accomplishment that made our family proud. Since then, he has continued trying to work, stay productive, and build a future for himself. He has never been a problem child, never someone known for causing trouble or bringing harm to others. Like many young people, he may have made mistakes, but those mistakes do not define who he is as a person.

What defines DaQwon is his heart, his love for family, and the respect he shows to the people around him. He has always maintained a close bond with me and with those who support him. He is someone who loves deeply and values family connections. Through every stage of life, he has remained someone I could depend on emotionally and personally. I know the goodness that exists within him because I have seen it his entire life.

I humbly ask the Court to consider the positive qualities of his character, his upbringing, and his potential moving forward. I truly believe DaQwon deserves an opportunity to continue learning, growing, and becoming the man he is capable of being. He is not beyond redemption, and I believe with guidance and mercy, he can continue on a better path and become an even stronger individual from this experience.

Your Honor, I respectfully ask for leniency in your decision regarding my son. I understand the seriousness of the matter before the Court, but I also know that DaQwon is more than this moment. He is a son, a hardworking young man, a graduate, a friend to many, and someone who has always shown he wants to do right in life.

Thank you for taking the time to read my letter and consider my words. I sincerely appreciate your time, fairness, and consideration.

Respectfully,

Andreal Thomas