FILED

2026 Jun-02  PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit E

**From:**    D"Niyah McCary
**To:**      Madison Peace Nye
**Date:**    Friday, May 15, 2026 8:02:49 AM

To the Honorable Judge,

My name is DNiyah McCary, and I am writing this letter on behalf of my spouse, Daqwon Thomas . I respectfully ask the Court to consider the kind of man he is, the love and support he gives to our family, and the impact his absence would have on me, my children, and our unborn twins.

Daqwon has been a major source of support in my life and in my children's lives. He helps provide for our household emotionally, physically, and financially. During my pregnancy, especially carrying twins, he has been there to help me through the stress, exhaustion, appointments, and everyday responsibilities that come with preparing for two babies. Pregnancy has not been easy, and having his support has made a huge difference for me mentally and emotionally.

We are expecting twins in September, and these will be his first biological children. The thought of him missing the birth of his first set of children is heartbreaking for our family. This is a life-changing moment that can never be replaced, and I know how important it is to him to be present, supportive, and involved from the very beginning of their lives.

He has also created a very strong bond with my 3-year-old daughter. She loves him deeply and looks to him for comfort, attention, protection, and guidance every day. Their relationship is genuine and full of love, and his absence would be extremely confusing and painful for her emotionally.

In addition, he has been a father figure to his previous partner 5-year-old daughter since she was a baby, even though she is not biologically his. He has loved, cared for, and supported her as his own child for years. He has been present for important moments in her life, helped guide her, and built a bond with her that is very strong and meaningful. Seeing the way he loves and cares for children shows the type of man and father he truly is.

I truly believe that incarceration would not only affect him, but would deeply affect our entire family. It would place emotional stress on me during a high-risk pregnancy, affect my mental and physical well-being, and create hardship for all of our children. My children need stability, love, guidance, and support, and he plays a very important role in providing that for us.

I understand the seriousness of this situation, and I am not asking the Court to ignore that. I simply ask that you consider the full picture of who he is as a man, partner, and father. I believe he deserves the opportunity to continue supporting and caring for his family while learning from this situation and moving forward in a better direction.

Thank you for taking the time to read my letter and consider my words. I sincerely appreciate your fairness, understanding, and consideration.

Respectfully,

D'Niyah